## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**ADAM CHRISTOPHER,**

    Plaintiff,

v.

**GEORGIA KOTOHRYZ, ET AL.,**

    Defendants.

Case No. 18-CV-944-bbc
Case Code:

### DEFENDANT LINDA KIMPEL'S MOTION FOR SUMMARY JUDGMENT
### FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

**NOW COMES** the Defendant, Linda Kimpel, by and through her attorneys, Siesennop & Sullivan, LLP, who hereby move this Court, pursuant to Federal Rule of Civil Procedure 56 for an Order of Summary Judgment dismissing any and all claims against Linda Kimpel based on Plaintiff's failure to exhaust administrative remedies.

The grounds for this Motion are set forth in the accompanying Defendant's Brief in Support of Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, the Declaration of Joffrey K. Van Nostrand, attached Exhibits, and all pleadings of record.

Plaintiff is directed to Federal Rule of Civil Procedure 56 and the procedures set forth in this Court's Preliminary Pretrial Conference Order and Order filed October 22, 2019. (Dkt. # 94.)

Dated this 30th day of November 2019.

        SIESENNOP & SULLIVAN, LLP
        Attorneys for Defendant,
        Linda Kimpel, RN

        Signed electronically by:

        *s/Joffrey K. Van Nostrand*

        W. Patrick Sullivan
        State Bar Number: 1006235
        Joffrey K. Van Nostrand
        State Bar Number: 1102835

<u>PO ADDRESS</u>
111 W. Pleasant Street, Ste. 110
Milwaukee, WI 53212
Telephone:  414-223-7900
Facsimile:  414-223-1199
psullivan@s-s-law.com
jvannostrand@s-s-law.com