IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM CHRISTOPHER,

    Plaintiff,

  v.

Case No.  18-cv-944-bbc

DR. LILY LIU, CATHY JESS,
CINDY O'DONNELL, BETH DITTMAN,
EMILY DAVIDSON, STEPHANIE HOVE,
BRAD HOMPE, TAMMY MAASSEN,
GEORGIA KOSTOHRYZ, JODI DOUGHERTY,
B. MULLER, LIZZIE TEGELS, E. KIMPEL,
SERGEANT ISENSEE, DR. BRET REYNOLDS,
K. RICHARDSON, E. SCROOGE,
AND LIN KIMPEL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/28/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |