UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Adam Christopher,<br>    Plaintiff, | 2020 AUG 24 PM 1:39 |
| v. | Case No. 2018CV944BBC |
| Dr. Lily H. Liu, et al.,<br>    Defendants. | Notice of Appeal |

Notice is hereby given that Adam Christopher, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 28th of May, 2020.

Dated on: Aug. 14, 2020.

                                                  Adam Christopher, Plaintiff

### Declaration of Inmate Filing

I am an inmate confined in an institution. Today, Aug. 20, 2020, I am depositing this Notice of Appeal for this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf. I declare under penalty of perjury that the foregoing is true and correct, per 18 USC § 1746.

                                                  Adam Christopher