IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAM CHRISTOPHER,

    Plaintiff,

v.

DR. LILY LIU,

    Defendant.

ORDER

District Case No. 18-cv-944-bbc
Appeal No. 20-2602

Plaintiff Adam Christopher has filed a notice of appeal from the court's May 28, 2020 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Adam Christopher may have until October 7, 2020 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 15th day of September, 2020

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge